UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-094-RSL |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| DUSTIN DERRICK PARSLEY, | ) | |
| Defendant. | ) | |

Offense charged: Bank Fraud, Aggravated Identity Theft

Date of Detention Hearing:   Initial Appearance, May 3, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.   Defendant has been charged by indictment with seven counts of identity fraud and one count of aggravated identity theft. He is brought before this court pursuant to a Writ of

01 Habeas Corpus ad Prosequendum from state custody.

02    2.    Defendant was not interviewed by Pretrial Services. As a result, there is no
03 background information about him available.

04    3.    Defendant does not contest detention.

05    4.    There does not appear to be any condition or combination of conditions that will
06 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
07 to other persons or the community.

08 It is therefore ORDERED:

09    (1)   Defendant shall be detained pending trial and committed to the custody of the
10          Attorney General for confinement in a correction facility separate, to the extent
11          practicable, from persons awaiting or serving sentences or being held in custody
12          pending appeal;

13    (2)   Defendant shall be afforded reasonable opportunity for private consultation with
14          counsel;

15    (3)   On order of a court of the United States or on request of an attorney for the
16          Government, the person in charge of the corrections facility in which defendant is
17          confined shall deliver the defendant to a United States Marshal for the purpose of
18          an appearance in connection with a court proceeding; and

19 / / /

20 / / /

21 / / /

22 / / /

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                              Rev. 1/91
PAGE 2

(4)     The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 3rd day of May, 2007.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER     15.13
18 U.S.C. § 3142(i)     Rev. 1/91
PAGE 3