UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR07-094-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| DUSTIN DERRICK PARSLEY, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on June 3, 2011. The United States was represented by AUSA Katheryn Kim Frierson and the defendant by Amy Muth. The proceedings were digitally recorded.

Defendant had been sentenced on or about October 19, 2007 by the Honorable Robert S. Lasnik on a charge of Bank Fraud, and sentenced to 12 months and one day custody, 5 years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program, abstain from all intoxicants, submit to search, pay restitution in the amount of $19,200, provide his probation

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

officer with access to financial information as requested, maintain a single checking account for all financial transactions, disclose all business interests, disclose all assets and liabilities, be prohibited from incurring new credit obligations or opening new credit lines, not be self-employed or employed by friends, relatives, or persons previously known to him unless approved, obtain approval for all employment, not work for cash, and provide verification of income, not possess any identification in any but his true identity, reside in and successfully participate in a residential reentry program for up to 120 days.   (Dkt. 25.)

In an application dated December 17, 2010 (Dkt 27, 28), U.S. Probation Officer Jerrod Akins alleged the following violations of the conditions of probation:

1.	Consuming marijuana on October 26, November 9 and 29, 2010, in violation of special condition No. 7.

2.	Committing the crime of possession of a controlled substance with intent to distribute, in violation of the general condition that he not commit another federal, state, or local crime.

3.	Committing the crime of Felony Harassment, in violation of the general condition that he not commit another federal, state, or local crime.

4.	Failing to report a change in residence, in violation of standard condition No. 6.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted violations 1, 2, and 4 and waived any evidentiary hearing as to whether they occurred. The government moved to dismiss violation 3. (Dkt. 34.)

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1, 2, and 4, that the Court dismiss violation 3, and that the Court conduct a

hearing limited to the issue of disposition.   The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been released on supervision.

DATED this 3rd day of June, 2011.

                                            Mary Alice Theiler
                                            United States Magistrate Judge

cc:   District Judge:           Honorable Robert S. Lasnik
      AUSA:                     Kathryn Kim Frierson
      Defendant's attorney:     Amy Muth
      Probation officer:        Jerrod Akins, Martin Williams